VERONICA KATLEEN GARCIA
Name

_____

Address
108 CANADA VILLAGE ROAD, SANTA FE, NEW MEXICO, 87505

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 0 5 2019

MITCHELL R. ELFERS
CLERK

_____, Plaintiff
(Full Name)

v.

_____, Defendant(s)

CASE NO. _19cv718 LF_____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.    JURISDICTION

1) __VERONICA KATLEEN GARCIA__, is a citizen of __NEW MEXICO__
    (Plaintiff)                                    ( State )
who presently resides at _____
                          (Mailing address or place of confinement)

_____

2) Defendant __SANTA FE COUNTY ADULT DETENTION__ is a citizen of
              (Name of first defendant)                    FACILITY
__SANTA FE, NEW MEXICO__, and is employed as
         (City, State)
__SANTA FE COUNTY ADULT DETENTION__ At the time the claim(s)
      ( Position and title, if any)        FACILITY
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☒    No ☐    If your answer is "Yes", briefly explain:

XE-2    2/78        CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _____ is a citizen of
   (Name of second defendant)

   _____ , and is employed as
   (City, State)

   _____ · At the time the claim(s)
   ( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐    No ☐    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1)  Briefly state the background of your case.

① STRIPPED SEARCH FOR NON-DRUG OFFENSES

② REFUSED MEDICAL ATTENTION DURING INCARCERATION PERIOD OF JUNE 19, 2018 THROUGH MAY 4, 2019.

③ HARRASSED BY CORRECTIONAL OFFICERS WHOM OVERSEED BRAVO-UNIT FOR WOMAN INMATES

④ REFUSED S.M.U. (PROTECTIVE CUSTODY).

⑤ FOOD TRAYS/COMMISSARY TAMPERED WITH DURING INCARCERATION.

⑥ HARRASSED BY CORRECTIONALS OFFICERS THROUGH DIFFERENT VENUES AVAILABLE TO THEM. (INMATES, PHONES, MAIL, AND FOOD!)

XE-    2/7                                    -2-

## C.  CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I:  STRIPPED SEARCHED, SQUAT COUGH FOR NON-DRUG OFFENSIVES ON JUNE 29, 2019.

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

CORRECTIONAL OFFICER RODRIGUEZ, (FEMALE OFFICER)

B)(1)  Count II:  7 (MEDICAL ATTENTION) REFUSED, HARRASSED, AND THREATHENED BY CORRECTIONAL OFFICERS, NURSING STAFF, NAME

(2)  Supporting Facts:

(SEE ATTACHED PAPERS)

XE-2 2/78                                           -3-

C)(1)  Count III:

*See Attached Papers*

(2)  Supporting Facts:

*See Attached Papers*

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐.  No ☒  If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a)  Parties to previous lawsuit.

        Plaintiffs:   _____

        Defendants:  _____

    b)  Name of court and docket number:

    c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

    d)  Issues raised:  _____

e)  Approximate date of filing lawsuit: _____

f)  Approximate date of disposition: _____

2)  I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

E.  REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief:

RELIEF OF THESE SPECIFIC INDIVIDUALS OF THEIR POSITION. INVESTIGATE THE SANTA FE COUNTY ADULT DETENTION CENTER FOR "RIGHTS VIOLATED!" COMPENSATION OF A SUM OF $1,000,000.00 SEEMS TOO SMALL FOR WHAT IS KNOWN AND WHAT CAN BE PROVED. HUMANS ARE INCARCERATED NOT ANIMALS. SANTA FE COUNTY ADULT DETENTION CENTER NEEDS NEW HELP!

_____        _____
Signature of Attorney (if any)                     Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                      - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____ 20___.
　　　　　　　　　　　(Location)　　　　　　　　　　　　　　　(Date)

_____
　　　　　　　　　　　　(Signature)

XE-2  2/78

- 6 -

August 2, 2019

I. June 19, 2018  Compliant I
Upon entering booking on the specific charges inmate 313327 was forced to squat and cough. Specific charges were the following: concealing identity, assault, resisting arrest. Detainee was not arrested drug charges. Officer Rodriguez did the strip search.

II. June 19, 2018  Compliant II
Nurse which appear of african decent administered vitals but did not offer any "assistance." Detainee was very sick from alcohol and that specific said vitals were normal! According sources nurse name may have been "Shabu." Name is not clear. Name tags were not worn in this correctional facility. June 19, 2018 through June 22, 2018
Numerous attempts were made to get medical attention during the days in booking.

III. June 22, 2019  Compliant III
Classification officer Bridgette Archuleta offered assistance but medical staff never came to help.

IV. June 22, 2018  Compliant IV
Classification officer refused "S.M.U." Special Management Unit.

V. August 2018  Compliant V
Correctional officer Abeyta kicks food tray door on inmate #313327. Grievance is reported to grievance officer Mandy Perez. Harassment starts in Santa Fe County Adult Detention Center. Outcome of compliant was never divulged to inmate.

VI  Complaint VI                                    August 2, 2019

Inmate #313327 was removed from Bravo-100 and placed in Bravo-200. From Bravo-200 Inmate #313327 was placed in Bravo-400 which again food tray was tampered with. Grievance Officer can verify incident that took place on October 4, 2018. Food tray tampered by Officer Veloste. Replacement of Food tray was not given.

Complaint VII

Refusal to place Inmate #313327 in S.M.U. even after the fact that "5" enemies were listed. Protective Custody was refused.

Complaint VIII

. Physical Abuse and Threats
December 14, 2018, Sprinkler Head went off in Cell Bravo-201, Again Officer Rodriguez pushes and shoves Inmate #313327 and refuses to open Cell Door. Cell is flooded and Cell door is not open for at least 20 minutes. Correctional Officers and Lt. Rojas come and are very angry and making threats. Grievance Officer Mandy Perez can verify further facts. Again Proper Medical Attention was refused and Inmate #313327 was only given ½ blanket and a torn up mattress upon

August 2, 2019

(CONTINUED) COMPLAINT VIII
RETURN TOO BRAVO - 201.
COMPLAINT VIII
SPECIFIC CORRECTIONAL OFFICERS HARRASSED INMATE
#313327 FROM JUNE 19, 2018 THROUGH
May 4, 2019.
THESE ARE FOLLOWING CORRECTIONAL OFFICERS
THAT WERE REPORTED TO GRIEVANCE OFFICER.
    (1) CORRECTIONAL OFFICER ABEYTA
    (2) CORRECTIONAL OFFICER URIOSTE
    (3) CORRECTIONAL OFFICER RODRIGUEZ
THE LIST DOES NOT STOP AT THE
OFFICERS ABOVE.
COMPLAINT IX

SINCE MOST COMPLIANTS MUST BE REPORTED
TO GRIEVANCE OFFICER ANYTHING AN INMATE
WILL BE AN ISSUE OF WHO SAID "WHAT?"
THERE ARE MANY INMATES THAT WERE
THREATHENED AND RIGHTS WERE VIOLATED.
INMATE #313327 WAS BEING DETAINEED ON
"MISDEMEANOR CHARGE!"

Veronica Kileen Garcia
108 Cañada Village Road
Santa Fe N.M., 87505

 

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 0 5 2019

MITCHELL R. ELFERS
CLERK

CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED
333 LOMAS BLVD. STATES
SUITE 270 NW COURTHOUSE
ALBUQUERQUE, N.M. 87102-9843